MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: allison.schmidt@akerman.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-B,<br><br>Plaintiff,<br><br>vs.<br><br>WOODCHASE CONDOMINIUM HOMEOWNERS ASSOCIATION; JASON EDINGTON, and Individual; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01153-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR U.S. BANK TO FILE OPPOSITION TO DEFENDANT WOODCHASE CONDOMINIUM HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS AND JOINDER [DKT. 17; DKT 20]**<br><br>(FIRST REQUEST) |

Plaintiff U.S. Bank and Defendants Woodchase Condominium Homeowners Association (Association) and Jason Edington, (Edington) by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Association filed a Motion to Dismiss U.S. Bank's Complaint on August 12, 2015.

2. Edington filed a Joinder to the Association's Motion to Dismiss on August 27, 2015.

3. U.S. Bank's Opposition to the Association's Motion to Dismiss was due on or before August 31, 2015.

{36203106;1}

4. U.S. Bank, the Association, and Edington, by and through their counsel, hereby agree and stipulate to allow U.S. Bank until September 25, 2015 to file its Opposition to the Association's Motion to Dismiss and Edington's Joinder to the same.

5. This is U.S. Bank's first request for an extension and not intended for any purpose of prejudice or delay. U.S. Bank's failure to timely respond was a result of excusable neglect due to a calendar oversight.

| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. | AKERMAN LLP |
|---|---|
| Dated this 16th day of September, 2015. | Dated this 16th day of September, 2015. |
| /s/ Peter Dunkley<br>Joseph Garin, Esq.<br>Nevada Bar No. 6653<br>Peter Dunkley, Esq.<br>Nevada Bar No. 11110<br>9900 Covington Cross Dr., Ste. 120<br>Las Vegas, Nevada 89144<br>Telephone:  (702) 382-1500<br>Facsimile:   (702) 382-1512<br>Email: jgarin@lipsonneilson.com<br>Email: pdunkley@lipsonneilson.com<br><br>*Attorneys for Defendant Woodchase Condominium Homeowners Association* | /s/ Allison R. Schmidt<br>Melanie D. Morgan, Esq.<br>Nevada Bar No. 8215<br>Allison R. Schmidt, Esq.<br>Nevada Bar No. 10743<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Telephone:  (702) 634-5000<br>Facsimile:   (702) 380-8572<br>Email: ariel.stern@akerman.com<br>Email: allison.schmidt@akerman.com<br><br>*Attorneys for Plaintiff U.S. Bank, National Association, as Trustee* |
| HOWARD KIM & ASSOCIATES<br><br>Dated this 16th day of September, 2015.<br><br>/s/ Diana S. Cline<br>Diana S. Cline, Esq.<br>Nevada Bar No. 10580<br>1055 Whitney Ranch Drive, Suite 110<br>Henderson, Nevada 89014<br>Telephone:  (702) 485-3300<br>Facsimile:   (702) 485-3301<br>Email: diana@hkmlaw.com<br><br>*Attorney for Jason Edington* | **ORDER**<br><br>**IT IS SO ORDERED.**<br><br>_____<br>UNITED STATES DISTRICT JUDGE<br>Dated: September 18, 2015. |

{36203106;1}

2