ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
       allison.schmidt@akerman.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-B,<br><br>Plaintiff,<br><br>vs.<br><br>WOODCHASE CONDOMINIUM HOMEOWNERS ASSOCIATION; JASON EDINGTON, and Individual; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:   2:15-cv-01153-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR U.S. BANK TO FILE OPPOSITION TO DEFENDANT WOODCHASE CONDOMINIUM HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS AND SFR'S JOINDER [DKT. 17; DKT 20]**<br><br>**(SECOND REQUEST)** |

Plaintiff U.S. Bank and Defendants Woodchase Condominium Homeowners Association (**Association**) and Jason Edington, (**Edington**) by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Association filed a Motion to Dismiss U.S. Bank's Complaint on August 12, 2015.

2. Edington filed a Joinder to the Association's Motion to Dismiss on August 27, 2015.

...

{36253077;1}

3. U.S. Bank's Opposition to the Association's Motion to Dismiss was due on or before August 31, 2015.

4. Pursuant to a previous Stipulation and Order extending U.S. Bank's time to respond to the motion, a response is presently due on September 25, 2015

U.S. Bank, the Association, and Edington, by and through their counsel, hereby agree and stipulate to allow U.S. Bank and additional 2 weeks, until **October 9, 2015,** to file its Opposition to the Association's Motion to Dismiss and Edington's Joinder to the same. This request is not intended for the purposes of delay or prejudice to any party.

| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.<br>Dated this 25 day of September, 2015.<br><br>/s/ Peter Dunkley<br>Joseph Garin, Esq.<br>Nevada Bar No. 6653<br>Peter Dunkley, Esq.<br>Nevada Bar No. 11110<br>9900 Covington Cross Dr., Ste. 120<br>Las Vegas, Nevada 89144<br>Telephone:   (702) 382-1500<br>Facsimile:    (702) 382-1512<br>Email: jgarin@lipsonneilson.com<br>Email: pdunkley@lipsonneilson.com<br><br>*Attorneys for Defendant Woodchase Condominium Homeowners Association* | AKERMAN LLP<br>Dated this 25 day of September, 2015.<br><br>/s/ Allison R. Schmidt<br>Melanie D. Morgan, Esq.<br>Nevada Bar No. 8215<br>Allison R. Schmidt, Esq.<br>Nevada Bar No. 10743<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Telephone:   (702) 634-5000<br>Facsimile:    (702) 380-8572<br>Email: ariel.stern@akerman.com<br>Email: allison.schmidt@akerman.com<br><br>*Attorneys for Plaintiff  U.S. Bank, National Association, as Trustee* |
|---|---|
| HOWARD KIM & ASSOCIATES<br>Dated this 25 day of September, 2015.<br><br>/s/ Diana S. Cline<br>Diana S. Cline, Esq.<br>Nevada Bar No. 10580<br>1055 Whitney Ranch Drive, Suite 110<br>Henderson, Nevada 89014<br>Telephone:   (702) 485-3300<br>Facsimile:    (702) 485-3301<br>Email: diana@hkmlaw.com<br><br>*Attorney for Jason Edington* | **ORDER**<br><br>**IT IS SO ORDERED.**<br><br>_____<br>UNITED STATES DISTRICT JUDGE<br>Dated: September 28, 2015 |

{36253077;1}                                    2