# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| U.S. BANK, N.A., | Case No. 2:15-cv-01153-APG-GWF |
| Plaintiff, | |
| v. | **ORDER VACATING ALL DEADLINES AND SETTING DEADLINE TO FILE STIPULATION OF DISMISSAL** |
| WOODCHASE CONDOMINIUM HOMEOWNERS ASSOCIATION and JASON EDINGTON, | |
| Defendants. | |

In light of the parties' notice of settlement (ECF No. 37),

IT IS ORDERED that all pending deadlines are VACATED.

IT IS FURTHER ORDERED that a stipulation of dismissal or a status report regarding settlement is due on or before July 1, 2016

DATED this 11ᵗʰ day of May, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE