**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| U.S. BANK, N.A., | Case No. 2:15-cv-01153-APG-GWF |
| Plaintiff, | |
| v. | **ORDER SETTING DEADLINE TO FILE STIPULATION OF DISMISSAL** |
| WOODCHASE CONDOMINIUM HOMEOWNERS ASSOCIATION and JASON EDINGTON, | |
| Defendants. | |

In light of the parties' status report (ECF No. 40),

IT IS ORDERED that a stipulation of dismissal or a status report regarding settlement is due on or before August 5, 2016.

DATED this 12th day of July, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE