# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| U.S. BANK, N.A., | Case No. 2:15-cv-01153-APG-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| WOODCHASE CONDOMINIUM HOMEOWNERS ASSOCIATION and JASON EDINGTON, | |
| Defendants. | |

In light of the parties' status report,

IT IS ORDERED that the show cause hearing set for Tuesday, **August 23, 2016 at 1:30 p.m.** in Las Vegas Courtroom 6C is **VACATED**.

IT IS FURTHER ORDERED the parties shall file a stipulation to dismiss or a status report regarding settlement by September 22, 2016.

DATED this 22nd day of August, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE