DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@ kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@ kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for Jason Edington*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-B,<br><br>Plaintiff,<br><br>vs.<br><br>WOODCHASE CONDOMINIUM HOMEOWNERS ASSOCIATION; JASON EDINGTON; DOES INDIVIDUALS I-X; inclusive, and ROE CORPORATIONS I-X, inclusive.<br><br>Defendants. | Case No. 2:15-cv-01153-APG-GWF<br><br>**STIPULATION AND ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-B ("U.S. Bank or "the Bank"), Defendant JASON EDINGTON ("Edington") and Defendant WOODCHASE CONDOMINIUM HOMEOWNERS ASSOCIATION ("Association") that pursuant to the terms of their written settlement agreement, the parties agree to dismiss all claims relating to this matter and relating to the property commonly known as **55 Patriot Boulevard, #274, Reno, NV 89511; Parcel No. 164-072-23** (the "Property") with prejudice.

- 1 -

1 | The parties further agree that each party to bear their own attorney's fees and costs.

DATED this 20th day of October, 2016.          DATED this 20th day of October, 2016.

**KIM GILBERT EBRON**                                **AKERMAN, LLP**

/s/ Diana Cline Ebron                                /s/ Melanie Morgan
Diana Cline Ebron, Esq.                              Melanie Morgan, Esq.
Nevada Bar No. 10580                                 Nevada Bar No. 8215
7625 Dean Martin Drive, Suite 110                    Tenesa S. Scaturro, Esq.
Las Vegas, NV 89139                                  Nevada Bar No. 12488
*Attorneys for Jason Edington*                       1160 Town Center Drive, Suite 330
                                                     Las Vegas, Nevada 89144
                                                     *Attorneys for U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-B*

DATED this ____ day of October, 2016.

**LIPSON NEILSON COLE SELTZER & GARIN, P.C.**

/s/ Peter Dunkley
Peter Dunkley, Esq.
Nevada Bar No. 11110
Joseph P. Garin, Esq.
Nevada Bar No. 6653
Kaleb D. Anderson, Esq.
Nevada Bar No. 7582
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
*Attorneys for WOODCHASE CONDOMINIUM HOMEOWNERS ASSOCIATION*

**ORDER**

IT IS SO ORDERED.

Dated: October 20, 2016.

_____
UNITED STATES DISTRICT JUDGE